✓# 3005    # 129345

FILED
2011 MAR 10 PM 2:34

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:  RICHARD L. HORNYAK JR.                           Case No. 10-30453
        TAMMY M. HORNYAK

          Debtor(s).                                     Judge MARY ANN WHIPPLE

### TRANSMITTAL OF UNCLAIMED FUNDS

Douglas A. Dymarkowski, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the payees to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 3004 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | $35.09 |

2. Your trustee's check for $35.09 payable to the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

                                    Respectfully submitted,

                                    /s/Douglas A. Dymarkowski
                                    Douglas A. Dymarkowski, Trustee
                                    5431 Main Street
                                    Sylvania, Ohio 43560
                                    (419) 882-4999